UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CURTIS FREENEY, et al., | ) | |
| Plaintiffs, | ) | Case No. 2:13-cv-02054-MMD-NJK |
| vs. | ) | ORDER |
| CLEAR RECON. CORP., et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' proposed Joint Discovery Plan and Scheduling Order. Docket No. 31. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 20 days before the discovery cut-off. *See id.*, at 5. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days before the subject deadline. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of that deadline. Such a request filed only 20 days before the discovery cut-off would be untimely.

//
//
//
//
//

1  In an effort to ensure future compliance and complete understanding of the Local Rules, the
2  Court hereby ORDERS each attorney of record in this matter to file a certification with the Court no
3  later than June 30, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.
4  IT IS SO ORDERED.
5  DATED: June 23, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

2