# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS FREENEY, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:13-cv-02054-MMD-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| CLEAR RECON. CORP., et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is Plaintiffs and One West Bank's proposed Joint Discovery Plan and Scheduling Order.  Docket No. 31.  Not all parties in this case participated in this plan.  *Id*.  Plaintiffs and Defendant One West Bank request a discovery period in excess of 180 days, but provide no reasons in support of their request.  *See id.*, at 4.  Pursuant to Local Rule 26(1)(d), "if longer discovery deadlines are sought, [p]lans ... requesting special scheduling review shall include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(e), a statement of the reasons why longer or different time periods should apply to the case[.]"  The Court hereby **ORDERS** all parties in the case to file a proposed Discovery Plan and Scheduling Order in full compliance with all Federal and Local Rules, no later than June 30, 2014.

IT IS SO ORDERED.

DATED: June 23, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge